■ ASSOCIATED MUTUAL INSURANCE COMPANY, Appellant, v EMPIRE INSURANCE COMPANY et al., Respondents. [700 NYS2d 405] —Appeal from an order of the Supreme Court (Kane, J.), entered April 7, 1999 in Sullivan County, which, *inter alia,* granted defendants' cross motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Anthony T. Kane.

Mikoll, J. P., Crew III, Yesawich Jr., Spain and Mugglin, JJ., concur. Ordered that the order is affirmed, with costs.